6 Ill. App.2d 325 (1955)
127 N.E.2d 499
Ernest F. Heiden, Appellant,
v.
John R. Tambone, Appellee.
Gen. No. 10,829.
Illinois Appellate Court  Second District.
June 28, 1955.
Released for publication July 18, 1955.
Karl A. Koch, and Joseph X. Wayne, for appellant.
Hugh M. Matchett, of counsel.
Hall, Meyer & Van Deusen, for appellee.
Lloyd A. Van Deusen, of counsel.
(Abstract of Decision.)
Opinion by JUSTICE EOVALDI.
Appeal dismissed.
Not to be published in full.